# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Robin Hayes                                **Case Number:** 07-13967        **Ch:** 13

**MOVANT/APPLICANT/PARTIES:**
Continued Hearing:
#57 Motion by Deutsche Bank for Relief from Stay.
#66 Objection by Debtor.

**OUTCOME:**

_____Granted _____Denied _____Approved _____Sustained
_____Denied _____Denied without prejudice _____Withdrawn in open court _____Overruled
_____OSC enforced/released
__57__Continued to: 02/15/08 at noon     For: evidentiary hearing
_____Formal order/stipulation to be submitted by:_____ Date due:_____
_____Findings and conclusions dictated at close of hearing incorporated by reference
_____Taken under advisement: Brief(s) due_____ From_____
                            Response(s) due_____ From_____
_____Fees allowed in the amount of: $_____ Expenses of: $_____
_____No appearance/response by:_____
_____DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

IT IS SO NOTED:                              IT IS SO ORDERED:

                                             /s/ Joan N. Feeney

_____                       _____ Dated: 2/14/2008
Courtroom Deputy                             Joan N. Feeney, U.S. Bankruptcy Judge