# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Robin Hayes                    **Case Number:** 07-13967          **Ch:** 13

**MOVANT/APPLICANT/PARTIES:**
Doc# 293 Motion filed by Debtor Robin Hayes For Summary Judgment with Memorandum and with certificate of service Re: [57] Motion by Deutsche Bank for Relief from the Automatic Stay ( 232 Perkin Avenue, Brockton, Ma as of October 1, 2004)(Baker, David) CO

**OUTCOME:**
\_\_\_\_\_Granted\_\_\_\_\_Denied\_\_\_\_\_Approved\_\_\_\_\_Sustained
\_\_\_\_\_Denied\_\_\_\_\_Denied without prejudice\_\_\_\_\_Withdrawn in open court\_\_\_\_\_Overruled
\_\_\_\_\_OSC enforced/released
\_\_\_\_\_Continued to:_____For:_____
\_\_\_\_\_Formal order/stipulation to be submitted by:_____Date due:_____
\_\_\_\_\_Findings and conclusions dictated at close of hearing incorporated by reference
\_\_\_\_\_Taken under advisement: Brief(s) due_____From_____
                    Response(s) due_____From_____
\_\_\_\_\_Fees allowed in the amount of: $_____Expenses of: $_____
\_\_\_\_\_No appearance/response by:_____
_293_\_\_\_\_DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

This Motion is moot in light of the Court's Memorandum and Order dated 08/19/08 with respect to the Motion of Deutsche Bank for Relief from Stay.

IT IS SO NOTED:                                    IT IS SO ORDERED:

                                                   _/s/ Joan N. Feeney_

_____                    _____ Dated: 8/21/2008
Courtroom Deputy                                   Joan N. Feeney, U.S. Bankruptcy Judge