UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

In re
ROBIN HAYES,
    Debtor

Chapter 7
Case No. 07-13967-JNF

### ORDER

Upon consideration of 1) the Motion of Deutsche Bank National Trust Company as Trustee for Relief from the Automatic Stay and for Leave to Foreclose Mortgage, as amended; 2) the Objection to the Motion for Relief from Stay; 3) the representations and arguments made at the hearing held on May 26, 2009; 4) the Assignment of Mortgage executed by Argent Mortgage Company, LLC to Ameriquest Mortgage Company, dated November 3, 2004, produced at the hearing (the "Assignment"); 5) this Court's Memorandum and Order dated August 19, 2008; 6) this Court's Order dated January 29, 2009 granting the Motion of Deutsche Bank, as Trustee, in trust for the registered holders of Argent Securities, Inc., Asset Backed Pass-Through Certificates, Series 2004 W-11, for Reconsideration of Disallowance of Claim filed pursuant to 11 U.S.C. § 502(j); 7) the Affidavit and Supplemental Affidavit of Ronaldo Reyes in which he references the Assignment; 8) the record of proceedings relating to the Court's orders, which addressed

1

the issue of the standing of Deutsche Bank National Trust Company ("Deutsche Bank") to seek relief from the automatic stay and assert a proof of claim; 9) the absence of an appeal from the Court's order dated January 29, 2009; 10) the absence of an objection by the Chapter 7 Trustee to Deutsche Bank's Motion for Relief from Stay; and 11) the decision of the First Circuit in Grella v. Salem Five Cent Sav. Bank, 42 F.3d 26, 32 (1st Cir. 1994), the Court hereby grants Deutsche Bank's Motion for Relief from the Automatic Stay as it established a colorable claim to property of the estate.

By the Court,

*[signature]*

Joan N. Feeney
United States Bankruptcy Judge

Dated: June 29, 2009
cc: David G. Baker, Esq., John S. McNicholas, Esq., Warren E. Agin, Esq.